UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| KEN RIDDLE | ) | CASE NO.  2:07-CV-1127-RCJ-VCF |
|  | ) |  |
| Plaintiff(s), | ) | ORDER OF THE COURT |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| DAVID WASHINGTON | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this __9th_____ day of __August_____,2012.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE